**From:** Justice Gina Palafox
**To:** Chief Justice Jeff Alley; Justice Lisa Soto
**Cc:** Cathy Bradford; Crystal Almanza; Stuart Alfsen
**Subject:** RE: Draft Opinions White post OA 08-23-00243-CV & 244-CV to circulate
**Date:** Tuesday, December 3, 2024 7:11:03 PM

I also join.

Thank you,
GP

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Wednesday, November 13, 2024 1:19 PM
**To:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>; Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Cc:** Cathy Bradford <Cathy.Bradford@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>
**Subject:** RE: Draft Opinions White post OA 08-23-00243-CV & 244-CV to circulate

Agree and join.  CJA

**From:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Sent:** Friday, November 8, 2024 12:14 PM
**To:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Cc:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>; Cathy Bradford <Cathy.Bradford@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>
**Subject:** Draft Opinions White post OA 08-23-00243-CV & 244-CV to circulate

Good middle of the day!

For your review and vote, I attach the proposed companion White opinions in the West Texas Brite Ranch case we heard at oral argument last month. So you don't dread opening them, know that we got them under 50 pages together.

Thank you,
LJS